# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STANLEY WILLIAMS,

    Plaintiff,

v.

UNIVERSITY OF MICHIGAN,

    Defendant.
    _____/

CASE NO. 08-11601
HON. LAWRENCE P. ZATKOFF

## ORDER DISMISSING PLAINTIFF'S STATE-LAW CLAIMS

Plaintiff filed his Complaint on April 15, 2008. Plaintiff's Complaint contains the following four counts:[1]

| | |
|---|---|
| Count I | Violation of Rehabilitation Act, 29 U.S.C. § 794; |
| Count II | Violation of Persons with Disabilities Civil Rights Act, Mich. Comp. Laws § 37.1101 (failure to reinstate); |
| Count III | Violation of the Rehabilitation Act (retaliation and retaliatory harassment); and |
| Count IV | Violation of the Persons with Disabilities Civil Rights Act (retaliation and retaliatory harassment). |

The Court has subject-matter jurisdiction over Counts I and III because they arise under federal law. 28 U.S.C. § 1331. Counts II and IV, however, are based on state law. Although the Court has supplemental jurisdiction over state-law claims pursuant to 28 U.S.C. § 1367(a), the Court may decline to exercise supplemental jurisdiction if there are "compelling reasons for declining jurisdiction." *Id.* § 1367(c)(4). The Court declines to exercise supplemental jurisdiction over

---

[1] Plaintiff's Complaint actually lists only three counts. Since one of Plaintiff's original counts blends federal and state law, the Court separates Count III into separate counts for Plaintiff's federal and state theories of relief.

Plaintiff's state-law claims in this matter. The Court finds that the contemporaneous presentation of Plaintiff's parallel state claims for relief will result in the undue confusion of the jury. *See id.*; *see also Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994).

Accordingly, IT IS ORDERED that Plaintiff's state-law claims (Counts II and IV) are hereby DISMISSED without prejudice. The Court retains jurisdiction over Plaintiff's federal claims (Counts I and III).

IT IS SO ORDERED.

                                            s/Lawrence P. Zatkoff
                                            LAWRENCE P. ZATKOFF
                                            UNITED STATES DISTRICT JUDGE

Dated: April 23, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on April 23, 2008.

                                            s/Marie E. Verlinde
                                            Case Manager
                                            (810) 984-3290